FILED

07/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0362

# IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| CASCADE COUNTY, | Case No.: DA 24-0362 |
| Appellant/Petitioner, | |
| vs. | **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION** |
| MONTANA PETROLEUM TANK RELEASE COMPENSATION BOARD, | |
| Appellee/Respondent. | |

Appellant Cascade County, having filed an *Unopposed Motion for Extension* within which to file Appellant's Opening Brief, and good cause appearing therefor;

IT IS HEREBY ORDERED that said Motion is GRANTED. Appellant's Opening Brief is due on or before August 30, 2024.

## Electronically dated and signed below.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 25 2024